UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO.

JENNIFER MYERS,

Plaintiff,

vs.

GRATITUDE HOUSE, INC.,
a Florida not-for-profit corporation,

Defendant.
_______________________________________/

# COMPLAINT

COMES NOW, the Plaintiff, JENNIFER MYERS, by and through her undersigned attorneys, and hereby sues the Defendant, GRATITUDE HOUSE, INC., and states the following:

## JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1343(3) and § 1343(4) conferring original jurisdiction upon this Court of any civil action to recover damages or to secure relief for a violation of the Equal Pay Act under the Fair Labor Standards Act.

## PARTIES

2. The Plaintiff, JENNIFER MYERS (hereinafter "Plaintiff"), was hired by Gratitude House, Inc., in July 2013.

3. Gratitude House, Inc., (hereinafter "Defendant") is a Florida not-for-profit corporation authorized to do business in the State of Florida and has been doing business in Palm Beach County, Florida at all times material hereto.

4. Defendant is an employer subject to the dictates and requirements of the Fair Labor Standards Act including the Equal Pay Act.

5. Plaintiff was initially hired by Defendant as a marriage and family therapist intern for Defendant while attaining her Master's Degree at Nova University.

6. Defendant completed her nine month internship with Defendant and Defendant continued Plaintiff's employment. Plaintiff became a licensed marriage and family therapist on March 7, 2016.

7. Defendant hired a male marriage and family therapist in August 2014 who had the exact same qualifications as Plaintiff and performed the same duties as Plaintiff.

## COUNT I: EQUAL PAY ACT VIOLATIONS

8. Plaintiff reallages and reavers Paragraphs 1 through 7, above, as if fully restated herein.

9. From July 2013 until her resignation on March 31, 2016, Plaintiff successfully performed all of the major job functions of a marriage and family therapist for Defendant.

10. Plaintiff has performed the work described in the previous paragraph within Defendant at all times material hereto.

11. Plaintiff was paid substantially less than her similarly situated male employee Matthew Jean who had the exact same title and performed substantially similar functions as the Plaintiff.[1]

12. Plaintiff was paid substantially less than her similarly situated male employee who had performed substantially equal work.

---

[1]In fact, Plaintiff had more responsibilities that her male co-employee. Plaintiff was also: (a) Family Drug Court Coordinator; (b) IOS Point Person (online record system); (c) Stand-In Therapist during all audits; (d) Stand-In MITT (mothers and infants in treatment together) Coordinator while Therapist Rebecca was on maternity leave; and (e) Lead Therapist in addition to Rebecca.

13. Plaintiff's work as alleged in the previous paragraphs required equal skill effort and responsibility to that of the male marriage and family therapist and was performed under similar working conditions as the similarly situated male co-employee referenced above.

WHEREFORE, Plaintiff, JENNIFER MYERS, respectfully requests entry of a judgment for damages against the Defendant, GRATITUDE HOUSE, INC., as alleged hereinbelow:

A. liquidated double damages due to the willful and purposeful nature of the repeated violations of the Equal Pay Act as alleged herein; and

B. attorney's fees and costs awardable pursuant to the Equal Pay Act and Fair Labor Standards Act 29 U.S.C. § 216(b).

**DEMAND FOR JURY TRIAL**

14. Plaintiff demands a trial by jury.

Respectfully submitted,

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
Attorneys for Plaintiff
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL 33426
561-369-3331
561-369-5902 (fax)
E-mail: crush@crushlawfl.com
E-mail: eservice@crushlawfl.com

By *_/s/ Christopher J. Rush_*
Christopher J. Rush (FBN 621706)