UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

Case No. 16-81938-CV-MARRA

JENNIFER MYERS,

    Plaintiff,

v.

GRATITUDE HOUSE, INC.,
a Florida not-for-profit corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, Gratitude House, Inc. ("Gratitude House"), hereby notifies the Court that the Plaintiff and Gratitude House have resolved the matters in controversy in this action. It is anticipated that the Parties will file a stipulation and motion for dismissal with prejudice for the Court's approval within the next thirty (30) days.

### Certificate of Compliance with Local Rule 7.1

Undersigned counsel has conferred with Plaintiff's counsel, who has agreed to and joins the filing of this Notice of Settlement.

/s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No. 308102
Direct: (561) 345-7505
E-mail: mlindberg@fordharrison.com
Bari L. Goldstein, Esq.
Florida Bar No. 152900
Direct: (561) 345-7502
E-mail: bgoldstein@fordharrison.com
FORD & HARRISON LLP
1450 Centrepark Blvd., Suite 1450
West Palm Beach, FL  33401

*Myers v. Gratitude House, Inc.*
Case No. 16-81938-CV-MARRA
Notice of Settlement

Facsimile: (561) 345-7501

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 3, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notice to: Christopher J. Rush, Esq., Christopher J. Rush & Associates, P.A., Compson Financial Center, Suite 205, 1880 N. Congress Ave., Boynton Beach, Florida 33426.

<u>/s/ Merry E. Lindberg</u>
Merry E. Lindberg, Esq.
Florida Bar No. 308102