UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81938-KAM

JENNIFER MYERS,

    Plaintiff,

vs.

GRATITUDE HOUSE, INC.,
a Florida not-for-profit corporation,

    Defendant.
_____/

## ORDER

This cause is before Court upon the parties' Stipulation of Dismissal with Prejudice (DE 22). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** the case is dismissed with prejudice. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of November, 2017.

                                                      KENNETH A. MARRA
                                                      United States District Judge